UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 4:24-CV-00067-CLC-SKL

AN EASEMENT AND RIGHT-OF-WAY
OVER 4.37 ACRES OF LAND, MORE OR
LESS, IN FRANKLIN COUNTY, TENNESSEE, and
ROBERT PECK FLETCHER II,
Defendants.

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER DIRECTING DEPOSIT OF FUNDS

This is a federal condemnation action in which the Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority (TVA), moves the Court, pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114−3118 (2012) (formerly codified at 40 U.S.C. §§ 258a-258e-1), for entry of an order directing the Clerk of Court to invest, in accordance with Local Rule 67.1(b), all sums tendered to the Clerk by the Plaintiff.

As grounds for this motion, Plaintiff states that the Declaration of Taking Act is applicable to condemnations such as this under the TVA Act (*see* 16 U.S.C. § 831c(i)); that the Declaration of Taking Act authorizes the deposit with the Court of the funds tendered by Plaintiff, and that, upon acceptance and deposit of the funds tendered by Plaintiff, all requirements of the Declaration of Taking Act will have been fulfilled and Plaintiff will be entitled to an order of immediate possession pursuant to 40 U.S.C. § 3114(d)(1).

A proposed order for investment of funds will be submitted by email to the assigned judge's chambers in Word format pursuant to TNED ECF Rules and Procedures 4.9.

1

Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's *Ex Parte* Motion for Entry of an Order Directing Deposit of Funds was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system).

A copy of this document is being sent to the following Defendant by regular U.S. mail as indicated below:

>Robert Peck Fletcher II
>11852 Old Tullahoma Road
>Tullahoma, Tennessee 37388

>*s/James S. Chase*
>James S. Chase (TN BAR 020578)
>Attorney for Plaintiff

126845500