UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 4:24-CV-00067-CLC-MJD

AN EASEMENT AND RIGHT-OF-WAY
OVER 4.37 ACRES OF LAND, MORE OR
LESS, IN FRANKLIN COUNTY, TENNESSEE, and
ROBERT PECK FLETCHER II,
Defendants.

## MOTION FOR ENTRY OF A PROPOSED JUDGMENT AND ORDER DISBURSING FUNDS

Plaintiff moves the Court for entry of a proposed judgment and order disbursing funds that would resolve all pending claims and allow for the administrative termination of this action. Plaintiff states the following in support of thereof.

1. The sole issue to be adjudicated in this condemnation action is the amount of compensation to be awarded for the property rights that were taken, and Plaintiff and pro se Defendant Robert Peck Fletcher II ("Defendant") have agreed to a settlement. The terms of that settlement are set forth in the proposed Judgment and Order Disbursing Funds (proposed Judgment) executed by the Defendant and attached hereto in PDF format.

2. Plaintiff has deposited $84,000 with the Clerk of Court, and the parties agree that the deposited amount shall be disbursed to the Defendant.

3. On March 14, 2025, Plaintiff mailed to the Clerk of Court IRS Form W-9 completed by Defendant Robert Peck Fletcher II which identifies his Federal tax identification numbers and mailing address (for the Financial Administrator's use).

1

4. The proposed Judgment will be submitted by email to the assigned judge's chambers in Word format pursuant to TNED ECF Rules and Procedures 4.9.

Respectfully submitted,

s/James S. Chase
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Entry of a Proposed Judgment and Order Disbursing Funds filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system):

A copy of this document is being sent to the following pro se Defendant by regular U.S. mail as indicated below:

>Robert Peck Fletcher II
>11852 Old Tullahoma Road
>Tullahoma, Tennessee 37388
>
>Brad W. Hornsby, Esq.
>Bennett, Bray, Hornsby & Michael
>108 N. Church Street
>Murfreesboro, Tennessee 37130
>Telephone 615.962.7606
>bradhornsbylaw@gmail.com
>
>Attorney-in-Fact for Defendant
>Robert Peck Fletcher II

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Attorney for Plaintiff

128806702