UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY, *Plaintiff*, v. AN EASEMENT AND RIGHT-OF-WAY OVER 4.37 ACRES OF LAND, MORE OR LESS, IN FRANKLIN COUNTY, TENNESSEE, and ROBERT PECK FLETCHER II, *Defendants*. | No. 4:24-cv-67 Judge Curtis L. Collier |

## JUDGMENT & ORDER DISBURSING FUNDS

Before the Court is a motion by Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority, for entry of a proposed judgment and order disbursing funds. (Doc. 15.) Plaintiff and Defendant Robert Peck Fletcher II ("Defendant") have agreed to settle this condemnation action. (*Id.* ¶ 1.) The parties agree that the $84,000 that Plaintiff deposited with the registry of this Court shall be disbursed to Defendant. (*Id.* ¶ 2.) The parties have jointly approved and consented to a proposed judgment. (Doc. 15-1.)

The Court adopts the proposed judgment. It is, therefore, **ORDERED AND ADJUDGED** that:

1. Defendant shall recover from the Plaintiff $84,000 as full compensation for the taking of the property rights herein condemned, and Defendant shall receive all that amount as provided for in paragraph 2.

2. The Clerk of this Court is **AUTHORIZED** and **DIRECTED** to draw a check on the funds deposited in the registry of this Court in the principal amount of $84,000, plus any accrued interest thereon less the applicable registry fee payable to "Robert Peck Fletcher II," in full satisfaction of this Judgment and Order Disbursing Funds ("Judgment"), and to mail said check to Robert Peck Fletcher II, c/o Brad W. Hornsby, Bennett, Bray, Hornsby & Michael, 108 N. Church Street, Murfreesboro, Tennessee 37130.

Any such disbursement shall be conditioned, however, on Robert Peck Fletcher II providing his federal tax identification number (social security number or employer identification number) to the Clerk of Court and to Tennessee Valley Authority for purposes of reporting the compensation award and any interest thereon to federal taxing authorities.

3. The vesting of title in the United States of America, free of all liens, claims, and encumbrances, as evidenced by the Declaration of Taking filed herein on September 11, 2024 (Doc. 1-3), having contained a scrivener's error and as modified below to reflect the **correct county** in which the property lies, is hereby fully and finally confirmed with respect to the following-described property:

> Permanent easement and right-of-way, consisting of the perpetual right to enter and to erect, maintain, repair, rebuild, operate, and patrol lines of transmission line structures with wires and cables for electric power circuits and communication circuits, and all necessary appurtenances, including guy wires, in, on, over, and across said right-of-way, together with the perpetual right to clear said right-of-way and keep the same clear of structures (including but not limited to flagpoles, solar panels, buildings, signboards, billboards), trees, brush, stored personal property, and fire hazards; to destroy or otherwise dispose of such trees and brush; to prevent the drilling or sinking of wells within the right-of-way; and to remove, destroy, or otherwise dispose of any trees located beyond the limits of said right-of-way which in falling could come within five feet of any line, structure, appurtenance, facility, or conductor (including structures and conductors being on and over adjacent land), the Tennessee Valley Authority to remain liable for any direct physical damage to the land and annual growing crops resulting directly from the operations of the construction and maintenance forces of its agents and employees in the erection

and maintenance of or in exercising a right of ingress and egress to said transmission line structures, all upon, under, over, and across the following-described land:

TRACT NO. FBTCG-17

A strip of land located in the Seventh Civil District of **Franklin** County, State of Tennessee, as shown on a map entitled "Mt. Pleasant – A.E.D.C. Transmission Line Tap to Center Grove Substation," drawing LW-3484, sheet P5B, R.2, a reduced scale copy of which is attached to the Declaration of Taking filed herein, the said strip being 100 feet wide, lying 50 feet on each side of the centerline of the transmission line location, the centerline of the location and the end boundaries of the strip being more particularly described as follows:

Beginning at a point where the centerline of the location crosses the common line of Robert Peck Fletcher II, and Stanley Amacher, et al., at survey station 167+31.1; thence N. 84° 33' 58" W., 105.49 feet to a point of intersection at survey station 168+36.59 and having state plane coordinates of North:354704.49 East:1904494.18; thence S. 05° 26' 54" W., 688.61 feet to a point of intersection at survey station 175+25.20 and having state plane coordinates of North:354019.00 East:1904428.80; thence S. 78° 05' 53" W., 1,109.50 feet to a point of ending on the centerline of the location at station 186+34.7 and being the property line of Donna Thomas Bean, said point being 370 feet, more or less east of a 1" open top pipe found as measured along the aforementioned property line; the herein described strip being bounded on the east by Stanley Amacher, et al. and on the west by Donna Thomas Bean, the ends of said strip are shortened or extended to said property lines.

The above-described strip of land includes the centerline of the transmission line location for a net distance of 1,903.60 feet and containing 4.37 acres, more or less.

Furthermore, the permanent easement rights include the perpetual right to install, maintain, and replace guy wires and necessary appurtenances outside the right-of-way for the transmission line structures located at survey stations 168+36.59 and 175+25.20.

The coordinates, distances and directions of lines are referred to the Tennessee State Plane Coordinate System, NAD83(2011) Horizontal Datum, NAVD 88 Vertical Datum.

4.  The Clerk of this Court is **DIRECTED** to furnish to Plaintiff a certified copy of this Judgment which shall serve as a muniment of title.

5.  The Clerk of this Court is **DIRECTED** to administratively terminate and close this action.

SO ORDERED.

ENTER:

                                           **/s/**
                                           **CURTIS L. COLLIER**
                                           **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna R. Wilson*
    CLERK OF COURT